## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 17-CR-20053 |
| NEHEMIAH LAFOE, | ) Title 18, United States Code, |
| | ) Sections 2251(a) and (e); |
| Defendant. | ) 2423(b); 2253. |

### INDICTMENT

### COUNT ONE
(Sexual Exploitation of a Child)

**THE GRAND JURY CHARGES:**

On or about June 4, 2017, in Vermilion County, in the Central District of Illinois, and elsewhere, the defendant,

**NEHEMIAH LAFOE,**

knowingly used, persuaded, induced, enticed and coerced Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and attempted to do so, the defendant knowing and having reason to know that said visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and said visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and said visual depiction was actually

transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
(Sexual Exploitation of a Child)

**THE GRAND JURY FURTHER CHARGES:**

On or about June 6, 2017, in Vermilion County, in the Central District of Illinois, and elsewhere, the defendant,

**NEHEMIAH LAFOE,**

knowingly used, persuaded, induced, enticed and coerced Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and attempted to do so, the defendant knowing and having reason to know that said visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and said visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and said visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE
### (Travel with Intent to Engage in Illicit Sexual Conduct)

**THE GRAND JURY FURTHER CHARGES:**

On or about May 23, 2017, in Vermilion County, in the Central District of Illinois, and elsewhere, the defendant,

**NEHEMIAH LAFOE,**

traveled in interstate commerce from the State of Indiana to the State of Illinois for the purpose of engaging in any illicit sexual conduct with another person, namely, a sexual act, as defined in Title 18, United States Code, Section 2246, with a person under 18 years of age that would be in violation of Chapter 109A of Title 18, United States Code, had the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

All in violation of Title 18, United States Code, Sections 2423(b).

## FORFEITURE NOTICE

1. The charges contained in Counts One and Two are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. For his engagement in the violations alleged in Counts One and Two, the defendant,

**NEHEMIAH LAFOE,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

      a.      Any visual depictions or other matter containing such visual depictions, which were produced, transported, mailed, shipped, received, or possessed as alleged in Counts One and Two;

      b.      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One and Two of this Indictment; and

      c.      Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts One and Two of this Indictment.

3.      The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- White/Woodgrain Motorola smart phone
- Black Toshiba Laptop, Serial No. ZB202521Q
- 4 Compact Disks
- White Motorola smart phone, GSM XT1526
    - Containing a Kingston 4GB micro SDcard

- Blue Doxio smart phone, model SM_G900H

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL.
s/Foreperson

s/Elly Peirson

FOREPERSON

PATRICK D. HANSEN
Acting United States Attorney
EMP