E-FILED
Wednesday, 09 May, 2018  03:36:27 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITES STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NEHEMIAH LAFOE, | ) | |
| | ) | |
| Defendant. | ) | 17-CR-20053 |

## DEFENDANT'S SENTENCING EXHIBITS

NOW COMES the Defendant, NEHEMIAH LAFOE, by his attorney,

ELISABETH R. POLLOCK of the Federal Public Defender's Office, and pursuant to Fed.

R. Crim. P. 32(i)(1)(C), hereby enters the following Exhibits into evidence to support his

oral commentary and in lieu of witness testimony regarding his appropriate sentence.

Respectfully Submitted,

NEHEMIAH LAFOE, Defendant

BY:   Elisabeth R. Pollock
ELISABETH R. POLLOCK
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile:  (217) 373-0667
Email: Elisabeth_Pollock@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 9, 2018, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing

to Assistant United States Attorney Elly Peirson.

/s/ Elisabeth R. Pollock
ELISABETH R. POLLOCK
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile : (217) 373-0667
Email: Elisabeth_Pollock@fd.org

Mitigation Report

Nehemiah Lafoe

Date of Report: May 2, 2018

Author: Kathleen Leifer, MSW

On January 11, 2018, I initially met Nehemiah Lafoe.  Over the course of the following four months, I had multiple in person interviews with Mr. Lafoe. Additionally, I interviewed Mr. Lafoe's mother (Ivy Lafoe), brother (Nicholas Lafoe), and sisters (Natasha Lafoe and Miasha Rescigno). Over the phone, I spoke to Mr. Lafoe's brother (Nathanael Lafoe) and his sister (Nikita Sheldon). These individuals served as collateral witnesses and provided verification to statements made by Mr. Lafoe.  The intention of this report is not justify Mr. Lafoe's behavior but rather to explain his life history and the context of his actions.

In preparation for completing this report, I reviewed the following documents:

1.    Educational records

2.    Medical Records

3.    PSR

## Mother's Pregnancy

When Nehemiah's mother (Ivy) became pregnant with him, she weighed 125 pounds.  She is 5'10". At the time of Nehemiah's birth, his mother's weight had dropped to an astonishingly low 89 pounds. She had acute vomiting throughout the pregnancy.  During the pregnancy, Ivy states she infrequently saw a doctor for prenatal care due to financial difficulty. Ivy believes that Nehemiah was "squished" inside of her potentially causing long-term damage. Infants born to mothers who do not gain adequate weight during pregnancy or more worrisomely lose weight during pregnancy are at risk for neural tubal defects.[1]  Neural tubal defects include damage of the brain, spine, or spinal cord.

Nehemiah was born almost exactly 12 months after his sister (Nikita). Throughout Ivy's pregnancy with Nehemiah, she had to deal with the stress of a newborn, four older children, and her husband's numerous extra-marital affairs.  These circumstances left Ivy feeling significant stress and depression. Maternal stress can have significant neurobehavioral developmental impact on the fetuses.[2]  Even prior to his birth, Nehemiah faced significant risk factors for future development.

---

[1] Derbyshire, E. (January 01, 2007). Low maternal weight: effects on maternal and infant health during pregnancy. Nursing Standard (royal College of Nursing (great Britain) : 1987), 22, 3, 26.
[2] DiPietro, J. A., Hilton, S. C., Hawkins, M., Costigan, K. A., Pressman, E. K., & New York Academy of Sciences Conference on Socioeconomic Status and Health in Industrial Nations. (September 01, 2002). Maternal stress and affect influence fetal neurobehavioral development. Developmental Psychology, 38, 5, 659-668.

## Family

Nehemiah is the youngest of six children born to the marriage of Mark and Ivy Lafoe.  He lived in Crawfordsville, Indiana for his entire childhood. Throughout Nehemiah's earliest years of life, Mark was not a present father despite living with the family.  He would frequently cheat on Ivy and would spend most of his free time with these other women and their children.

When Nehemiah was about 7 years old, his mother gathered her children and asked them if she should leave their father.  After a discussion and a family vote between Ivy and her children, they came to what Ivy described as a "family decision" that Ivy would separate from and eventually divorce Mark. Nehemiah was only 7 years old but had the partial responsibility to help to determine the fate of his parent's marriage.  This burden placed on such young children to decide the outcome of the parents' marriage shows poor boundaries between mother and children.

After the divorce, Mark had no contact with his children or Ivy for ten years.  Nehemiah is stoic about his father's ten-year absence.  However, Nehemiah's siblings were able to identify that Nehemiah internalizes his feelings.  They have never seen him express pain or anger. Several of his siblings related Nehemiah's later poor choices and self-medicating with drugs as being partially rooted in having an absent father and always busy mother.

Almost immediately after the separation, Mark moved out of the state to Virginia. Later the children would learn that Mark had been financially

supporting his new girlfriend's children despite rarely paying child support for his own children.  Mark even took out a loan to take his girlfriend's children to Disneyworld while his own children barely had enough money for food. Nehemiah's siblings described Mark's actions as hurtful.  This paternal abandonment caused Nehemiah to feel inadequate. Nehemiah did not have a strong male role model during his formative years.  Ivy also observed that Nehemiah always had to be strong for her and did not get the opportunity to express his feelings or enjoy childhood.

Prior to the divorce, Mark was the primary financial provider for the family.  Ivy had never held employment outside the home.  After becoming a single parent to six children, Ivy had to find a way to support her children. Ivy consistently held low paying overnight jobs such as doing housekeeping at hotels or nursing homes.  These jobs meant frequently leaving her children alone overnight.  She also would babysit neighbor children during the day to get additional money.

Nehemiah says that his mother "always tried her best to take care of us". Yet having to support six children with minimum wage paying jobs meant having to pick which bills were paid.  Ivy stated they never had enough money for rent, food, water, gas, and electricity.  When the family did not have enough money for food, they would eat ramen noodles for meals on end. When the electricity was shut off, the family would light candles until they could get outside family members to help pay the bill.  When the water was turned off,

4

they would go to Nehemiah's maternal grandmother's house and take buckets and jugs of water to use.  Despite his mother's efforts, Nehemiah's basic needs were not consistently met throughout his childhood.

Nehemiah stated the family was "always poor" and perpetually behind on rent. "Poverty has far-reaching negative consequences for quality of life."[3] The family moved at least once a year to places that were small and not very nice. At times, the family had to move in with Nehemiah's grandmother or separate amongst relatives due to Ivy's inability to afford all of her children.

Living in this intense poverty caused each of the family members to have significant anxiety.  Ivy identified that lacking the stability of a place to call home and necessities must have made life very hard for Nehemiah.  Several family members observed that Nehemiah likely suffered from depression due to the familial stress of living in such overwhelming rural poverty.  Adding to the family's isolation, Ivy has never owned a vehicle and cannot drive.  Ivy and her six children had to depend on relatives to give them rides.  After the divorce, the family stopped going to church and partaking in other social activities because they did not have a way to get there.

Ivy consistently expressed love for Nehemiah throughout the course of our interviews she referred to him as her "buddy boo".  Yet Ivy rarely got to spend any time with Nehemiah and practically never had one on one time with

---

[3] Amato, P. R., & Zuo, J. (June 01, 1992). RURAL POVERTY, URBAN POVERTY, AND PSYCHOLOGICAL WELL-BEING. Sociological Quarterly, 33, 2, 229-240.

Nehemiah.  Nehemiah was always quiet, calm, and kept to himself.  When Ivy was home with her children and the other kids she babysat, there were always kids that were more dramatic or had overtly higher needs than Nehemiah. These louder and more disruptive children got Ivy's limited attention. Nehemiah did not have any adult in his life who was able to provide him with regular attention.  Nehemiah was emotionally neglected and his basic needs were not consistently met. From a very young age, Nehemiah was isolated and left to his own devices.  "For better or for worse, early caregiving experiences can have a pervasive and persistent influence on a child's development and relationships throughout the lifespan."[4]  Sadly, Nehemiah's caregiving experiences involved parental neglect.  These difficult experiences can be processed and treated through mental health treatment.

### Learning Disability

School was always difficult for Nehemiah.  His school records identify that he has a Specific Learning Disability. (See Exhibit A).   Beginning in elementary school, Nehemiah had Individualized Education Program (IEP). In particular, Nehemiah struggled with reading comprehension. When Nehemiah would read a word on one page, he would recognize it, but then on the next page, he would not remember the same word.  Nehemiah had difficulty understanding what was going on in school.  "Learning disabilities are referred

---

[4]Doyle, C., & Cicchetti, D. (June 01, 2017). From the Cradle to the Grave: The Effect of Adverse Caregiving Environments on Attachment and Relationships Throughout the Lifespan. Clinical Psychology: Science and Practice, 24, 2, 203-217.

to as 'hidden disabilities': the person looks perfectly 'normal' and seems to be a very bright and intelligent person, yet may be unable to demonstrate the skill level expected from someone of a similar age."[5]  Not understanding fully what was going on in school contributed to Nehemiah not liking school and feeling embarrassed about his lack of knowledge.

His mother stated that Nehemiah had such a difficult time with schoolwork that she would take his homework to her night job and would complete it for him.  While his mother had good intentions by completing her son's homework, she prevented him from learning. By turning in homework he did not complete, Nehemiah's teachers had an inaccurate perception of his skill level and consequently could not provide him with adequate support.

Nehemiah's learning struggles were amplified by his frequent absences from school.  According to his sixth grade science teacher his "grade was lower due to absences". (See Exhibit A, page 22).  Nehemiah's family as a whole did not prioritize education.  Only one of Nehemiah's six siblings graduated from high school.  Nehemiah's mother had to prioritize meeting the family's basic needs.  In the Lafoe family, the children made their own decisions about whether they went to school or not.  They did not have any parental figure with the time or the energy to guide them.  Beyond that, his family members displayed an overall distrust with the educational system. Nehemiah had a

---

[5] Learning Disabilities Association of America. (2018.). Types of Learning Disabilities. Retrieved January 16, 2018, from https://ldaamerica.org/types-of-learning-disabilities/

hard time with school and frequently as a sixth or seventh grader made the choice not to go.

## Removal from School

When Nehemiah was in 7th grade, his mother decided that school was too difficult for him and he was not getting enough support so she removed him from school.  Nehemiah never received any education after this point. In 6th grade, he was testing at a 2nd/3rd grade level for various reading skills. Nehemiah would receive no further education.  During my conversations with Nehemiah about what led to his arrest and current circumstances he stated that he believed it all went wrong when he dropped out of school.  Nehemiah feels residual shame about dropping out of school at such an early age. From multiple meetings with Nehemiah I believe that if given adequate support he could earn his GED.

Nehemiah was only 14 and struggling with a learning disability when his formal education stopped.  Nehemiah's mother enabled him to stop going to school in middle school.  His mother's permissive parenting demonstrates a lack of discipline and structure in the Lafoe home.

There is a well-documented correlation between low levels of education and criminal system involvement.  For individuals with a criminal background "an education is the cornerstone to a structured life of work and learning."[6]

---

[6] Lochner, L., & Moretti, E. (2001). The Effect of Education on Crime: Evidence from Prison Inmates, Arrests, and Self-Reports. doi:10.3386/w8605

Nehemiah wants to earn his GED and go on to take vocational classes.  He has requested materials on multiple occasions about various educational opportunities in various Bureau of Prison facilities.  He also has asked for GED practice tests so that he can best utilize his time in the Moultrie County Jail. His commitment to learning is great enough that he is willing to relocate out of state of wherever has the best educational and vocational offerings. Nehemiah wants to increase his knowledge base and be prepared to succeed.

Being removed from school not only impacted Nehemiah's academic development but it also disrupted his social development.  Prior to his removal from school, Nehemiah was well liked by his peers. After being removed from school Nehemiah's social interactions were predominantly limited to his family members.

### Isolation

For the 8 years after leaving school before his arrest, Nehemiah was largely isolated from the outside world and predominantly spent time alone or with his family.  He was shuffled between family members including various sisters, his mother, and his grandmother before moving in with his brother in Illinois.  Until moving to Illinois, Nehemiah had never held a job and did not attend any sort of training or school.  Nehemiah spent his time helping his family members with cleaning, cooking, and repairing various items around the home.

His older sister observed that his development halted when he left school. When in school Nehemiah had friends and got along with his peers. After leaving school, Nehemiah was cocooned in his family.  Nehemiah spent significant time alone or doing drugs.  His only social interactions for many years were just with family members and people associated with his family members.  By leaving school, Nehemiah's whole world shrank and became insular.  While his family members all stated that he was easy going, friendly, and "could get along with anybody", they struggled to name anyone outside the family who was friends with Nehemiah.  He needed appropriate social interaction outside of his familial unit in order to grow and develop in a way that was appropriate.  His sisters observed that in certain ways he was immature as a result of his isolation.

Nehemiah and his entire family have unhealthy relationships. His family was the center of his world in a way that was harmful.  Family members have demonstrated little concern over Nehemiah's actions and have attempted to justify the actions.  His family appears to have inappropriate boundaries with each other.  During my meetings with his family members, his brother repeatedly referred to his mother as "hot". The Lafoe family lacks appropriate boundaries amongst its members. Nehemiah is a product of this environment. It is my belief that if Nehemiah received appropriate mental health treatment combined with drug treatment and education, he could mature and have appropriate social interactions. It is an intra-family issue.

Showing Nehemiah's potential to have future appropriate social interactions, he has had no issues in the Moultrie County Jail. The jail staff have even made comments about how he is a "nice" inmate. He needs to take part in work and school to foster the development of appropriate school relationships.

### Substance Abuse

Nehemiah has struggled with substance abuse starting when he was 14. At age 14, Nehemiah began smoking marijuana. His use of marijuana quickly escalated to daily use. He spent his days in his family members' homes using drugs and was not encouraged to stop. Nehemiah's family was permissive of his illegal activity. His older siblings first exposed Nehemiah to drugs. Throughout his adult life, Nehemiah has used drugs with two of his older siblings. His siblings were his role models. The people Nehemiah looked up to used drugs and then in turn Nehemiah began using drugs.

After a few years of daily marijuana use, Nehemiah began experimenting with other drugs including cocaine, heroin, and methamphetamines. Nehemiah said he would use "any drug [he] could get his hands on". By his late teens, Nehemiah was using meth daily, as often as he could. He described this period as foggy. Nehemiah admits that he needed to stop using methamphetamines. "Long-term use of meth has many damaging effects. Chronic meth abusers experience anxiety, confusion, insomnia, paranoia, aggression, visual and auditory hallucinations, mood disturbances, and

11

delusions."[7]  Nehemiah's meth use disrupted his sleep and he would stay up all day and all night playing videogames.  He also expressed feelings symptoms of anxiety and confusion.  Within the context of this heavy meth use, that Nehemiah made a series of horrible decisions that led to his current case. Nehemiah acknowledged that drug use affected his decision-making.

After he moved to Danville, Nehemiah began using synthetic cathinones (bath salts) with meth.  "Synthetic cathinones can produce effects that include: paranoia—extreme and unreasonable distrust of others, hallucinations— experiencing sensations and images that seem real but are not, increased friendliness, increased sex drive, panic attacks [and] excited delirium—extreme agitation and violent behavior."[8]  Nehemiah reported feeling paranoid while high on bath salts.  Clearly, Nehemiah's cognitive abilities were impaired while using these powerful drugs.

Nehemiah recalled once instance where high on bath salts and meth, he had to bring a phone to someone in the next room and he fell repeatedly while walking and bumped his head.  These falls led to Nehemiah blacking out.  This black out happened while he was around family members. Since experiencing this fall, Nehemiah has consistently seen what he described as "tracers" or black dots.  Nehemiah has not received any medical treatment to address these black dots so the exact cause is unknown.  Yet, this fall and other negative side

---

[7] Substance Abuse and Mental Health Services Administration. (2014, September 30). Stimulants. Retrieved April 27, 2018, from https://www.samhsa.gov/atod/stimulants

[8] National Institute on Drug Abuse. (2018). Synthetic Cathinones ("Bath Salts"). Retrieved from https://www.drugabuse.gov/publications/drugfacts/synthetic-cathinones-bath-salts

effects were not able to convince Nehemiah to stop using drugs due to the severity of his addiction.  Nehemiah has never received any sort of drug treatment.

While drug use has affected Nehemiah's brain function, he has the ability to be restored. "With time and successful treatment and recovery, the negative effects of methamphetamine on the brain can be diminished or completely reversed."[9]  Nehemiah desperately needs drug treatment to address his underlying substance abuse issues.  Through getting the addiction and related psychiatric treatment that he needs Nehemiah's likelihood of future success would greatly increase.

## Physical Health

Throughout his life, Nehemiah has rarely seen the doctor or received medical treatment.  He did not like going to the doctor and money was tight so he was not required to go.  His mother discussed different medical concerns including a perpetually runny nose during his childhood that were never addressed through doctor's visits.  This again demonstrates how Nehemiah was isolated and did not have his basic needs met.  As a child was given the ability to choose whether he went to the doctor or not.

In May 2017, Nehemiah began experiencing trouble breathing and feeling chest pain.  He went to the emergency room and was diagnosed with

---

[9] Substance Abuse and Mental Health Services Administration. (2014, September 30). Stimulants. Retrieved April 27, 2018, from https://www.samhsa.gov/atod/stimulants

pneumothorax (commonly referred to as a collapsed lung).  He had oxygen administered and was scheduled for a follow up appointment.  These untreated physical problems further demonstrate the extent of Nehemiah's isolation and his deprivation of basic human needs such as medical care.

Additionally, Nehemiah has dental problems.  He has had a cracked tooth for years that has never been treated.  Nehemiah would drink alcohol and use drugs in part to manage the pain of his cracked tooth and other dental issues.  These untreated dental problems are a symptom of Nehemiah's isolation and poverty.

### Strengths

Since Nehemiah was a small child, mechanics and electronics have fascinated him. He would take apart and rebuild videogame systems and stereos just to understand how they work. Without any formal training Nehemiah has learned how to fix cars.  His sisters recalled various times Nehemiah helped to fix their cars and lawn mowers.  Nehemiah's mechanical skills can be built upon and further developed through training so that he could have a future career.

Nehemiah has only ever held one job.  He worked at Meijer for one year in Danville from 2016-2017.  He was a reliable employee.  This recent employment shows that Nehemiah is willing to take steps to be successful in society. He left the job when he moved from Danville back to Crawfordsville in

14

late spring 2017.  Nehemiah was able to articulate that he would like to have future employment that allowed him to use his mechanical skills.

While Nehemiah's family is at times dysfunctional, they are also loving and supportive.  Nehemiah has several family members who will allow him to stay with them.  They care about Nehemiah and want him to be better.  During our meetings, they were open to how to best support Nehemiah.  Just as Nehemiah is willing to make changes, his family is willing to make changes in order to help prevent any further illegal activity happening. Nicholas, Nehemiah's brother, was even willing to relocate to wherever Nehemiah is placed for Bureau of Prisons to support him through the duration of his incarceration.  This unconditional love and support of his family members is an important asset to Nehemiah.

One of the most important things to note is that Nehemiah does not have any prior criminal record.  He has never served a day in jail or had any prior interactions with law enforcement.  The past eight months in the Moultrie County Jail have been eye opening.  Nehemiah had to deal with reality of his choices in a way that he could not in a drug-induced fog.  He is not able to ignore or make light of his decisions.  Nehemiah is highly motivated never to be in this situation again.  He understands the seriousness of his case and is more than willing to make all of the changes necessary in order to have no subsequent legal problems.

## Conclusion

Nehemiah has made a series of poor decisions.  He has lived a life that has included significant barriers including addiction, intense poverty, learning disability, and health issues. In the context of isolation and heavy drug use, he developed an inappropriate sexual relationship with his niece.  Nehemiah has expressed significant remorse throughout our meetings about his actions. Specifically, he has been able to process how his actions hurt the victim in this case.  He is able to understand why what he did was wrong. He has the opportunity to reflect on what aspects of his life need to change in order to have the best chance for future stability.  Specifically Nehemiah identified that he needs to get his GED, develop vocational skills, stop using illegal drugs, get medical treatment, and he is open to further exploring himself with mental health and substance abuse treatment.

He knows that he needs to dramatically alter his life.  Throughout the course of our meetings, he has consistently been pleasant and agreeable. Sadly, in the context of jail Nehemiah has finally received needed social contact from outside of his familial unit.  During his incarceration, Nehemiah has also took this time to read his first book.  He is taking steps to improve himself.  It is my belief that with the proper support and treatment Nehemiah can become a productive and law abiding citizen.

## Exhibits to Mitigation Report

Exhibit A: School Records

EXHIBIT A

CONFIDENTIAL

## WEST CENTRAL INDIANA SPECIAL SERVICES COOPERATIVE
808 W. Pike St.* Crawfordsville, Indiana 47933* (765) 362-4022* FAX (765) 364-3243

SPECIAL SERVICES OFFICE
Cheryl Harshman, Director
Judy Flowers, Assistant Director

PARTICIPATING SCHOOL CORPORATIONS
Attica Consolidated School Corporation
Covington Consolidated School Corporation
Crawfordsville Community Schools
M.S.D. of Warren County
North Montgomery School Corporation
North Vermillion School Corporation
South Montgomery School Corporation
Southeast Fountain School Corporation
Turkey Run Community Schools

### PSYCHOEDUCATIONAL EVALUATION

| | | | |
|---|---|---|---|
| **Name:** | Nehemiah (Nemo) LaFoe | **Date(s) of Evaluation:** | 09/03/2003 |
| **Parent(s):** | Mark and Ivy LaFoe | | |
| | | **Chronological Age:** | 8 years, 8 months |
| **School:** | Lester B. Sommer Elementary | **Grade:** | 02 |
| **Teacher:** | Cherlyn Sexton | **Examiner:** | Jennifer Mittal |

**Compliance Date:**     09/25/2003

## REASON FOR REFERRAL
Nemo was referred for a psychoeducational evaluation due to academic concerns. He is currently identified as a student with a communication disorder.

## BACKGROUND INFORMATION
Background information was obtained through a social/developmental history form completed by Mrs. LaFoe, school records, and the referral paperwork. Nemo resides with his parents, older brother, and two older sisters. He was the product of a full-term pregnancy with no reported complications. Developmental milestones were reached within normal limits. No significant illnesses, hospitalizations, or surgeries were reported. He is prescribed glasses. According to school records, his hearing is within normal limits. No significant medical concerns were reported and he is not currently taking any medications. Mrs. LaFoe reported that Nemo gets along well with his siblings, adults, and others. She further reported that he has difficulty with reading. He can't sound out words and he has trouble with spelling.

According to the referral paperwork, Nemo is artistic and he is socially well-liked and accepted. He has difficulty with reading, phonics, spelling, and writing. The following interventions have been implemented: look for word chunks/ rhymes, peer assistance, and working with the classroom aide. A screening evaluation was completed in March, 2003. The examiner recommended an psychoeducational evaluation be completed. The following results were obtained:

Kaufman Brief Intelligence Test (K-BIT): Vocabulary- 89 (low average), Matrices- 91 (average), IQ Composite- 89 (low average)

Diagnostic Achievement Battery- Third Edition (DAB-3):     Listening Composite- 88 (low average)
Reading Composite- 64 (below average)
Mathematics Composite- 79 (borderline)

## MULTIDISCIPLINARY EVALUATION TEAM MEMBERS
Jennifer Mittal, School Psychologist
Karen Campbell, 1ˢᵗ Grade General Education Teacher
Mark and Ivy LaFoe, Parent(s)

Evaluation information from this team is included in this report or in separate reports that are submitted to the case conference committee for consideration.

## CLASSROOM BEHAVIOR OBSERVATIONS
Mrs. Gallagher, first grade teacher, observed Nemo on April 24, 2003 during small group reading. She observed the following: "He lacked confidence and hesitated on many of the words when he read. He did not use visual cues nor context clues when he came to an unfamiliar word. In one instance, he used a correct word on the page and when it appeared again he was unable to recall it. Many times it seemed that he would use a word in his reading that started with the same sound but he did not recognize the phonemes and call the word right (i.e. sick for said, calso for candles)".

## BEHAVIORAL OBSERVATIONS DURING TESTING
Nemo was evaluated in two sessions in one day. He was quiet although polite and cooperative. Rapport was easily established and maintained. He appeared to concentrate on the task at hand and he put forth good effort. Nemo worked slowly and carefully. He appeared to be a conscientious worker. His handwriting was neat but he wrote very slowly. Nemo was not wearing his glasses, he said he left them at home. He said that he could see the material and he was given the opportunity to move the materials if he needed. The results from this evaluation appear to be an accurate representation of his current ability and academic skill functioning.

## FINDINGS OF THE EVALUATION

### Wechsler Intelligence Scale for Children- Third Edition (WISC-III)
The WISC-III is a standardized and individually administered intelligence measure consisting of verbal and performance subtests. The WISC-III is administered to students between the ages of 6-0 to 16-11. The verbal subtests require listening and oral expression. The performance subtests involve visual-perceptual-motor skills and are timed tasks. The subtests reflect the student's general cognitive ability. There are three composite scores: Full Scale IQ, Verbal IQ, and Performance IQ. Four factor scores can also be obtained. These are Verbal Comprehension, Perceptual Organization, Freedom from Distractibility, and Processing Speed. IQ composite and factor scores ranging from 90-109 fall within the average range. Individual subtest scaled scores ranging from 8-12 fall within the average range.

| IQ SCALE | STANDARD SCORE (score range) | PERCENTILE RANK |
|---|---|---|
| Full Scale IQ | 78 (74-84) | 07 |
| Verbal IQ | 70 (66-77) | 02 |
| Performance IQ | 91 (85-99) | 27 |

| FACTOR SCALE | STANDARD SCORE (score range) | PERCENTILE RANK |
|---|---|---|
| Verbal Comprehension | 69 (65-77) | 02 |
| Perceptual Organization | 94 (88-102) | 34 |
| Freedom from Distractibility | 84 (78-94) | 14 |
| Processing Speed | 88 (82-98) | 21 |

| VERBAL SUBTESTS | SCALED SCORE |
|---|---|
| Information<br>The student answers general information questions; performance may relate to knowledge gained from experience and education | 05 |

2

**Similarities**                                                                03
The student identifies likenesses between two words.  Performance may relate to ability to associate relationships and perform abstract thinking

**Arithmetic**                                                                  06
The student answers oral story problems involving numerical reasoning.  Performance may relate to knowledge of numerical concepts and basic math operations.  Concentration may also be involved

**Vocabulary**                                                                  03
The student verbally defines words.  Performance may relate to word knowledge acquired from experience and education and quality of language

**Comprehension**                                                               06
The student answers questions involving social situations.  Performance may relate to practical knowledge and judgment in social settings

**Digit Span (optional subtest)**                                               08
The student repeats a series of digits both forward and backward.  Performance may relate to attention span, concentration, immediate auditory memory, and sequencing

| **PERFORMANCE SUBTESTS** | **SCALED SCORE** |
|---|---|

**Picture Completion**                                                          06
The student identifies the missing part in pictures.  Performance may relate to visual memory for common objects and attention to detail

**Coding**                                                                      07
The student must match and copy symbols using a key.  Performance may relate to visual short-term memory and visual-motor speed

**Picture Arrangement**                                                         13
The student arranges pictures in order to tell a story.  Performance may relate to visual sequencing, awareness of cause-effect relationships, and interpretation of social situations.

**Block Design**                                                                07
The student arranges colored blocks to match those shown on a picture card.  Performance may relate to ability to analyze and reproduce an abstract design

**Object Assembly**                                                             10
The student puts puzzles together.  Performance may relate to ability to see part-whole relationships

**Symbol Search (optional subtest)**                                            08
The student scans a series of paired groups of symbols to indicate whether or not a target symbol appears in the search group.  Performance is related to visual processing speed

Comments

Nemo's overall intelligence score falls within the borderline range compared to same-age peers.  His performance score falls within the average range and is twenty-one points higher than his verbal score which falls within the borderline range.  This point difference is statistically significant at the .05 confidence level and suggests that Nemo's nonverbal problem-solving abilities are more developed than his verbal reasoning abilities.  Under the performance subtests, a relative strength is noted on the picture arrangement subtest.  This subtest measures sequential processing, social awareness, and nonverbal reasoning.  Based on his overall ability score, Nemo is expected to obtain achievement standard scores within the borderline to low average range.  Scores below this range would indicate a severe ability/achievement discrepancy and would meet one of the eligibility criteria under the learning disability category of special education.

*ACADEMIC ACHIEVEMENT INFORMATION*

**Woodcock-Johnson III- Test of Achievement- Form A (W-J III)**

3

The Woodcock-Johnson III- Tests of Achievement is a standardized measure of academic achievement. The test is individually administered to students in kindergarten through 12th grade. The W-J III measures reading, arithmetic, oral language, and written expression. Standard scores ranging from 90-109 fall within the average range. Standard scores can be based on either age or grade. In this report, the scores are based on age unless otherwise indicated.

| SUBTEST | STANDARD SCORE | PERCENTILE RANK |
|---|---|---|
| **Letter-Word Identification**<br>On earlier items the student is asked to identify pictures. Later items<br>Ask the student to read sight words | 77 | 06 |
| **Passage Comprehension**<br>On earlier items the student is asked to read a short phrase and point<br>To the correct picture. On later items the student is asked to read a<br>Passage and fill in the blank with a correct word | 74 | 04 |
| **Reading Fluency**<br>The student reads short sentences and circles yes or no based on the<br>Content of the sentences. The student has three minutes to complete<br>As many as s/he can | xx | xx |
| **Broad Reading** | 64** | 01 |
| **Calculation**<br>The student solves equations involving basic operations | 78 | 07 |
| **Applied Problems**<br>The student is orally presented with math problems with visual cues and is<br>Asked to complete the problem using a correct math skill | 89 | 23 |
| **Math Fluency**<br>The student completes basic addition, subtraction, and multiplication<br>Problems within a three minute time frame | 66** | 01 |
| **Broad Mathematics** | 82 | 11 |
| **Spelling**<br>The student writes down spelling words presented orally | 85 | 15 |
| **Writing Samples**<br>The student writes sentences based on a given stimulus | 111 | 76 |
| **Writing Fluency**<br>The student writes a simple sentence based on a given visual stimulus<br>And must use the three given words. There is a seven minute time frame | 80 | 09 |
| **Broad Written Language** | 86 | 18 |
| **Word Attack**<br>The student applies word attack/ decoding skills to sounding out nonsense<br>Words | 81 | 10 |

**indicates an 18 point ability/achievement discrepancy
*indicates a 15-17 point ability/achievement discrepancy

<u>Comments</u>
Nemo's overall achievement scores range from below average to the high average range. His broad reading score falls below average. On the letter-word identification subtest, he did not know many of the words. He did not use decoding skills. The reading fluency subtest was given but he only completed two sentences and he got one of those wrong so his score was a zero which was not scorable. On the passage comprehension subtest, Nemo tried to sound out unfamiliar words. This task was slow and laborious for him.

The broad math score falls within the low average range.  His math reasoning score was higher than his computation score.  On the calculation subtest, Nemo was able to complete many of the single digit addition and subtraction problems.  On the math fluency subtest he was accurate in completing the problems but he was slow in completing the task compared to same-age peers.  He did not use the scratch paper provided on the applied problems subtest.

Nemo's broad written language score falls within the low average range.  On the spelling subtest, he sounded out the words as he spelled them.  On the writing samples subtest, Nemo sounded out words as he spelled them.  He often wrote in complete sentences.

## SUMMARY/RECOMMENDATIONS
Nemo is a second grade student at Sommer Elementary School.  He is currently identified as a student with a communication disorder.  He was referred for a psychoeducational evaluation due to academic concerns, specifically in the area of reading.  Nemo's overall cognitive ability falls within the borderline range.  His performance ability is much higher than his verbal ability.  Based on the screening evaluation and current achievement test, Nemo is demonstrating borderline to significant discrepancies in the area of reading.

The results from this evaluation should be shared with Nemo's parents and teachers at the case conference.  The committee should determine if Nemo qualifies for special education services as a student with a learning disability.  This decision should be based on screening results, current evaluation results, classroom performance, educational progress, and reports from other committee members.

Jennifer E. Mittal, School Psychologist
License No. 672332



# Case Conference Committee Report

**Effective Dates:** 10/30/2008 - 1/1/0001

**File Date:** 11/3/2008

Date of Report: 11/3/2008

Individual Education Program

Evidence of Compliance

Notice of Implementation

| **Student:** | Lafoe, Nehemiah | **STN:** 624304140 |
|---|---|---|

| Date of Birth: | Age: 13 | Current Grade: 07 | Gender: M |
|---|---|---|---|

## Guardian Information

Relation: Mother
Name: Ivy LaFoe

Mobile Phone:

## Purposes of Case Conference

Transition IEP, Annual IEP review

## Case Conference Meeting Scheduled

Date: 10/30/2008    Time: 8:00 a.m.    Place: Tuttle Middle School

## Evaluation Information and Student Data

Strengths of the student:

Lang Arts: Nemo is doing an excellent job. He works hard in the creative language arts class. He really wants to do well this year. Assignments in class are broken down into smaller segments, which suit him well. There is a lot of repetition in class, which helps. Reading comprehension is a weakness, but that is worked upon daily.
Science: Nemo does not always do his homework. He is a hard worker. He uses class time wisely.
Math: He is doing better now than at the beginning of the year. He usually turns in his homework. Current grade is a B-. He does seem to lack motivation.

Response to instructional strategies and research-based interventions:

NA

Progress Monitoring Data:

Grade 6 ISTEP: LA 426/472 DNP, Math 482/464 PASS
Grades: Math C, Art A, Science D-, Soc St, C+, Creative language arts A-, Yamaha A-

Present level of academic and functional performance:

Nemo is currently performing at grade level in all content classes. He continues to struggle with reading comprehension. He is in a creative language arts class taught by a general ed teacher, which focuses on language arts skills.

Reevaluation:

The case conference committee has determined that there is sufficient data to plan appropriately for the student. Therefore, reevaluation is not required at this time for the purpose of considering eligibility or providing additional information regarding the student's special education and related service needs.

## Concerns of the Parent

Nemo needs to be challenged and he needs help to achieve what he should be doing. School is going okay this year. He is having a harder time in science.
There are no medical concerns.

| Eligiblity |
| --- |

Student is eligible for Special Education Services

<u>Primary Disability:</u>    Specific Learning Disability

**<u>Reasons of eligibility determination:</u>**
Based on previous psychoeducational testing, Nemo qualifies as a student with a learning disability.  Reevaluation information was discussed.  At this time, it was recommended that Nemo receive an updated psychoeducational evaluation.

| Special Considerations |
| --- |

There are no language needs related to limited English Proficiency

The behavior of the student does not impede his or her learning or that of others.

| Outcomes |
| --- |

<u>Summary of findings from Age Appropriate Transition</u>
Transition assessments include
education-interested in working on cars and/or trucks as a mechanic;
community-weak on banking skills;
independent living-no needed skills in this area;
vocational-interested in vocational skills by getting a job as a mechanic;
self-advocacy-develop responsibility in work completion and time management;
student preferences and interests-enjoys math, likes to work with his hands

<u>Post-Secondary Goals:</u>
Regarding employment after high school, I will...
    go to college to become an auto mechanic.
Regarding education and training after high school, I will...
    attend Lincoln Tech to get auto mechanic certification
Regarding independent living skills after high school, I will...
    Independent skills--no need
    Based on results of independent living assessment, student discussion, parent discussion, this student has the ability and desire to live independently at the appropriate age.

<u>Anticipated date of Graduation:</u>   5/30/2014

The student will pursue a high school diploma.

Therefore, the student's academic goals will be the same as non-disabled peers at grade-level or will generally be aligned to grade-level curriculum.

| Participation in Testing Programs |
| --- |

The student attends a credited school and will be in grades 3 - 8.

| <u>MATH:</u> | Student will participate fully in ISTEP+ with appropriate accommodations. |
| <u>LANGUAGE ARTS:</u> | Student will participate fully in ISTEP+ with appropriate accommodations. |
| <u>SOCIAL STUDIES:</u> | Student will participate fully in ISTEP+ with appropriate accommodations. |
| <u>RATIONALE:</u> | Can participate in state testing.  Nemo's reading skills are below grade level. |

The student will not participate in ISTAR as a supplemental assessment.

<u>Accommodations:</u>

See 'Services and Other Provisions'

**Reasons for the determination of participation in testing including reasons for rejecting other options. Include information in support of each criterion for participation in an alternate of modified assessment, if relevant.**

Can participate in state testing. Nemo's reading skills are below grade level.

Plan for participation in district-wide, national or international assessments:

Will participate in state wide assessment

## Goals

**Needs that will be addressed through the IEP Goals:**

Academic Achievement: Nemo is below grade level in reading, which impacts some of his learning

### Goal Title:

Academic Achievement

**Annual Goal Statement:**

Nemo will maintain at least a C- average in required courses

**The goal has been written to support:**

Employment Skills
Education / Training Skills
Independent Living Skills

**Method / Instrumentation for Measuring Progress:**

ISTEP Results
9 week assessments
Gradecards
Teacher observation

**Progress Monitoring Design:**

*Descriptive Documentation*

The measurement of the goal depends on the ability of the author to articulate performance in measurable terms.

**Standard(s) / Element(s) Aligned to Goal**

- [FN.SE.2.3         ] Demonstrates effort: puts forth personal best to complete a task.

- [FN.SE.2.6         ] Demonstrates organization: plans, arranges and implements in an orderly way.

- [LA.7.3.1          ] Discuss the purposes and characteristics of different forms of written text, such as the short story, the novel, the novella, and the essay.

**Objectives / Benchmarks of the student**

## Accomodations

The following accommodations have been selected for state assessment purposes and must be provided on a regular basis:

MATH:
- Student is provided extended testing time for each test session (e.g., 50% more time, double time).
- Student has directions read to him or her.
- Questions are read to the student (except those that measure Reading Comprehension).

LANGUAGE ARTS:
- Student is provided extended testing time for each test session (e.g., 50% more time, double time).
- Student has directions read to him or her.
- Questions are read to the student (except those that measure Reading Comprehension).

SOCIAL STUDIES:
    - Student is provided extended testing time for each test session (e.g., 50% more time, double time).
    - Student has directions read to him or her.
    - Questions are read to the student (except those that measure Reading Comprehension).
Description of additional accommodations that will be provided:

| Services and other Provisions |
|---|

Transition Services and Activities:

| Description | By Whom | Date of Completion | To Support |
|---|---|---|---|
| Investigate career options | student, parent, guidance | | Employment Skills, Education / Training Skills, Independent Living Skills |

Special Education Services:

| Description | Initiation | Frequency | Length | Duration | Location | To Support |
|---|---|---|---|---|---|---|
| Consultation | October 2008 | monthly | 15 minutes | October 2009 | School setting | Employment Skills, Education / Training Skills, Independent Living Skills |

Service Initiation Date:        10/23/2008

Transportation:   The transit time and the transportation needs are the same as that of non-disabled peers.

        Y

Health Plan:   The student does not have a medical condition that requires school health services or school nurse.

        An emergency evacuation plan is not on file.

Accessible Materials:        The student does not need instructional materials to be provided in an accessible format.

Assistive Technology:   The student does not need assistive technology.

Extended School Year:
    It was determined that extended school year services are not necessary in order to provide a free and appropriate education.

Technical Assistance:
    Support is necessary to provide public agency personnel with the knowledge and skills necessary to implement the student's individualized education program.

    Classroom teachers will be provided with students accommodations and will be given training on implementing IEP.

Program Modifications:
    Program modifications are needed to enable the student to advance appropately toward attaining the annual goals, to be involved in and make progress in the general education curriculum, to participate in extracurricular and other nonacademic activities or to be educated or participate with other students with disabilities nondisabled students.

    Needs accomodations to attain progress in the general ed curriculum, but not in other areas with general ed peers

Periodic reports on the student's progress toward goals will be provided:
    Progress reports and grade cards will be issued same as peers.

**Reasons for provisions and reasons for rejecting other options:**
    Nemo is able to access the general education curriculum and maintain passing grades with minimal support from the special services teacher.  Accommodations are necessary for continued success at this time.

| Least Restrictive Environment and Program |
|---|

School of Legal Settlement: Joseph F Tuttle Middle School

School of Service:        Joseph F Tuttle Middle School

Courses of Study focused on improving academic and functional achievement of the student in order to support the attainment of post-secondary goals:

General education curriculum

LRE Placement Category based on Federal Program Types
  50: Regular class 80% or more (In a regular class room for 80% or more of the day).

Any potentially harmful effects of the services on the student or on the quality of services needed:
  No harmful effects

**Reasons for placement determination including reasons for rejecting other options:**
  Option 50 was chosen as Nemo demonstrates success in the general ed classroom. Options 51 and 52 are too restrictive for him.

| General Considerations |
|---|

Student will be able to participate in all educational programs and activities that are made available to nondisabled students.

Student will be able to participate in all non-educational and extracurricular activities that are made available to nondisabled students.

Student will participate in the general physical education program that is available to nondisabled students.

Student will be educated in the school (he/she) would attend if not disabled.

The length of the instructional day will be the same as the instructional day for nondisabled peers.

| Participants | | |
|---|---|---|
| General Education Teacher | Cynda Mellish | Teacher |
| Teacher of Record | Darlene Ritzline | |
| Parent | Ivy Lafoe | |
| Public Agency Rep | Mr. Bowling and/or Mr. Strickland | Administrator |
| Instructional Strategist | Nancy Adams | Consultant |
| Student | Nehemiah Lafoe | |

| Written Notes and Other Relevant Factors |
|---|

| Acknowledgement of Adult Services Information |
|---|

I have been orally advised and provided with written materials that describe the array of vocation rehabilitation services that may be available and the processes to access those services. If appropriate, I was presented with written information regarding available adult services provided through state and local agencies and other organizations to facilitate student movement to adult life.

_____     _____
                        Sign                                      Date

Lafoe, Nehemiah                          - 5 -                                  11/3/2008

---

**Notice of Implementation**

I have been presented with a copy of the Individual Education Progarm (IEP) which contains: 1) A description of the action proposed by the public agency; (2) An explanation of why the public agency proposed to take the action; (3) A description of each evaluation, procedure, assessment, record, or report the agency used as a basis for the proposed or refused action; (4) A description of other options that the case conference committee considered and the reasons why those options were rejected; and (5) A description of other factors relevant to the agency's proposal or refusal.

I understand that the public agency is not required to obtain a written parental consent and can implement this IEP ten (10) instructional days after the provision of this notice unless I challenge the proposed action by:

Requesting and participating in a meeting with an official of the public agency who has the authority to facilitate the disagreement between the parent and the public agency regarding the action proposed or refused by the public agency.

Securing an agreement for mediation under 511 IAC 7-45-2.

Requesting a due process hearing under 511 IAC 7-45-3.

I understand that by taking one of these actions to challenge the proposed changes, the public agency must continue to implement the current IEP as opposed to the IEP proposed in this notice pending resolution.

In the case of an initiation date that is prior to expiration of ten (10) instructional days, I give my consent to implement the IEP.

_Ivy La Foe_                          _11-5-08_
Sign                                 Date

I understand that a parent of a student with a disability has protection under the procedural safeguards and that I can request a copy of the procedural safeguards at any time. The procedural safeguards document includes a list of resources to contact for assistance in understanding the provisions of Indiana special education rules.

| Notice of Sufficient Data |
|---|

There is sufficient data to plan appropriately for the student.  Therefore, reevaluation is not required at this time for the purposes of considering eligibility or providing additional information regarding the student's special education and related service needs.

I understand that the public agency must consider reevaluation for each student receiving special education and related services at least once every three (3) years.  However, a student does not have to be reevaluated if the parent and the public agency agree that it is unnecessary.  In addition, the public agency must consider reevaluation if the public agency determines at any time during the three (3) year cycle that additional information is needed to address the special education or related services needs of the student, or if the student's parent or teacher requests an evaluation.

I understand that a parent of a student with a disability has protection under the procedural safeguards and that I can request a copy of the procedural safeguards at any time.  The procedural safeguards document includes a list of resources to contact for assistance in understanding the provisions of Indiana special education rules.

_____          _____

Sign                         7-40-8          Date

Case Conference Committee Report



# Billing Medicaid for Health-Related Services

**Effective Dates:** 10/30/2008 - 1/1/0001                Date of Report: 11/3/2008

**File Date:** 11/3/2008

| **Student:** | Lafoe, Nehemiah |
|---|---|

| Date of Birth: | Age: 13 | Current Grade: 07 | Gender: M |
|---|---|---|---|

### Billing Medicaid for Health-Related Services

I hereby authorize the public agency to verify my child's eligibility for Medicaid. I also authorize the public agency to bill Medicaid for covered health services articulated in the Individualized Education Program (IEP) as provide to my child.

I understand that funds received from Medicaid help pay the cost to provide special education and related services. Informed parental consent to bill Medicaid must be obtained at least annually and the public agency must again obtain parental consent any time the Individualized Education Program is revised to required additional services or increased frequency of services.

Additionally, I understand that my child's right to receive the services listed in the IEP will continue, without interruption and at not cost to me, whether or not I authorize Medicaid billing. Giving consent will not impact my child's Medicaid coverage. I understand that I may revoke this consent in writing at any time, but that the revocation will have no effect on the provision of information or Medicaid billing that has occurred prior to the date the written revocation is received by the public agency. Upon request, I may receive copies of records disclosed pursuant to the authorization.

|  |  |  |
|---|---|---|
| Sign | 7-33-4 | Date |

Lafoe, Nehemiah                              - 8 -                              11/3/2008

# NOTIFICATION OF CASE CONFERENCE / ANNUAL CASE REVIEW MEETING

West Central Indiana Special Services Coop
305 E. Chestnut · Crawfordsville, IN 47933
Telephone (765) 362-4022 Fax (765) 362-3243

Student: Nehemiah LaFoe                                        10-23-08
                                                              ~~Thursday, October 02, 2008~~

As per our ~~conversation~~ *letter*  on   ~~Thursday, October 02, 2008~~ *10-23-08*   through mutual agreement we have selected the following date, time and location for the above named student's Case Conference Committee meeting:

Date of meeting:  ~~Thursday, October 09, 2008~~ *October 30, 2008*
Time of meeting:  ~~11:00 AM~~ *8:00 Am*
Location of meeting: Tuttle Middle School

The purpose of this meeting is to discuss your child's educational program. The committee will meet to discuss (check all that apply):

- [ ] The student's educational progress
- [ ] The student's educational evaluation
- [x] The student's individualized educational program (IEP)
- [ ] The student's individualized transition plan (ITP)
- [ ] The student's alleged infraction
- [ ] The student's transition services*
- [x] Other, Specify:   Annual Case Review

*Darlene for IEP*

The information/data to be discussed includes (check all that apply):

- [ ] Observations
- [ ] Psychological Assessments
- [ ] IEP
- [ ] Academic Achievement
- [ ] Behavior Information
- [ ] Language Information
- [ ] Speech Information
- [ ] Medical Information
- [ ] Hearing Information
- [ ] Vision Information
- [ ] School Records
- [ ] Other _____

It is anticipated that the Case Conference Committee will consist of the following people (indicate name and title):

Chairperson:  Mrs. Adams                     M-Team Members**: _____
Administrators:  Mr. Bowling a/o Mr. Strickland        _____

Parents:  Ms. Ivy LaFoe                      Teachers:  Mrs. Ritzline
                                                       Mrs. Mellish
Student*:  Nehemiah LaFoe                     Other: _____
Agency Representative*: _____          Other: _____

* Required to be invited if the purpose of the meeting is to discuss transition services
** Required for initial placement and conferences held to discuss results of triennial evaluatio

You may request the participation of, and/or be accompanied by, any other individual(s) of your choosing. If you have any questions, please contact me. Thank you for your time and cooperation. Enclosed is a copy of Procedural Saveguards.

_J. Scott Bowl_
Signature of Case Conference Coordinator.

_____
May be contacted at: _____

Indiana Depart. of Ed./Div. of Spec Ed. Recommended Form 1995, Adopted WCISSC 1996 Revised 8        NOTIFICATION/CC/ACR-01 of 01

# NOTIFICATION OF CASE CONFERENCE / ANNUAL CASE REVIEW MEETING

**West Central Indiana Special Services Coop**
305 E. Chestnut · Crawfordsville, IN  47933
Telephone (765) 362-4022  Fax (765) 362-3243

Student: Nehemiah LaFoe                                   Thursday, October 02, 2008

As per our conversation on   _Thursday, October 02, 2008_   through mutual agreement we have selected the following date, time and location for the above named student's Case Conference Committee meeting:

Date of meeting:  Thursday, October 09, 2008
Time of meeting:  11:00 AM
Location of meeting: Tuttle Middle School

The purpose of this meeting is to discuss your child's educational program. The committee will meet to discuss (check all that apply):

- [ ] The student's educational progress
- [ ] The student's educational evaluation
- [x] The student's individualized educational program (IEP)
- [ ] The student's individualized transition plan (ITP)
- [ ] The student's alleged infraction
- [ ] The student's transition services*
- [x] Other, Specify:   Annual Case Review

The information/data to be discussed includes (check all that apply)
- [ ] Observations
- [ ] Psychological Assessments
- [ ] IEP
- [ ] Academic Achievement
- [ ] Behavior Information
- [ ] Language Information
- [ ] Speech Information
- [ ] Medical Information
- [ ] Hearing Information
- [ ] Vision Information
- [ ] School Records
- [ ] Other _____

It is anticipated that the Case Conference Committee will consist of the following people (indicate name and title):

Chairperson:  Mrs. Adams                          M-Team Members**: _____
Administrators:  Mr. Bowling a/o Mr. Strickland            _____

Parents:  Ms. Ivy LaFoe                            Teachers:  Mrs. Ritzline
                                                              Mrs. Mellish
Student*:  Nehemiah LaFoe                          Other: _____
Agency Representative*: _____            Other: _____

* Required to be invited if the purpose of the meeting is to discuss transition services
** Required for initial placement and conferences held to discuss results of triennial evaluatio

You may request the participation of, and/or be accompanied by, any other individual(s) of your choosing. If you have any questions, please contact me. Thank you for your time and cooperation. Enclosed is a copy of Procedural Saveguards.

_____
Signature of Case Conference Coordinator.

May be contacted at: _____
11.0.6.08

# WEST CENTRAL INDIANA SPECIAL SERVICES COOPERATIVE
305 E. Chestnut Street, Crawfordsville, Indiana 47933   (765) 362-4022   FAX (765) 364-3243

*Mission Statement*
The caring professionals of the West Central Indiana Special Services Cooperative
are dedicated to the educational growth of all students as unique learners, striving to be resourceful
and collaborative problem solvers in partnership with our member school communities.

**SPECIAL SERVICES OFFICE**
Tom Barth, Director
Brenda Barton, Secretary, CODA
Peggy Jackman, Secretary, Receptionist

**PARTICIPATING CORPORATIONS**
Attica Consolidated School Corporation
Covington Community School Corporation
Crawfordsville Community Schools
MSD of Warren County
North Montgomery Community Schools
North Vermillion Community Schools
Southeast Fountain School Corporation
South Montgomery Community Schools
Turkey Run Community Schools

## TRANSITION REVISION
## (ADDENDUM TO IEP)

**Parent/Guardian:** _Amy Laffee_     **Date:** _11-20-08_

**Student:** _Nehemiah LaFoe_     **School:** _VMS_

Enclosed is a copy of your child's Transition IEP Revision Document.  A case conference in not required in order to provide you with this information, but you may ask for one at any time.

Please review the enclosed documents.  Should you have any questions, please feel free to contact me at school.

After reviewing the documents, please check the appropriate line, sign you name, date and return form to the Teacher of Record.

_____ I would like a conference to discuss the IEP Transition documents
_____ I agree with the listed changes and <u>do not</u> wish to have a conference.

Parent Signature _____   Date _____

Sincerely,

_Darlene Reflin_
Teacher of Record

**Please return before November 30, 2008.   Thank you.**

# Case Conference Summary / IEP

| West Central Indiana Special Services Cooperative |
| --- |
| 808 West Pike - Crawfordsville, IN 47933 |
| Telephone (765) 362-4022 Fax (765) 362-3243 |

Date Written: 11/17/2008

- ☐ Initial Conference
- ☐ Move in from: _____
- ☐ 12 Month Conference
- ☑ Transition to Adult Services
- ☐ Manifestation/Determination
- ☐ Re-evaluation
- ☐ Declassification/ Reclassification
- ☑ IEP Review
- ☐ Exit Interview

| | |
| --- | --- |
| Student's Name | LaFoe, Nehemiah Nolan Gene |
| Attending School | Tuttle Middle School |
| Home School | Tuttle Middle School |
| Home School Corporation | Crawfordsville Schools |

Check one (X) and print name
- ☑ Parent ☐ Guardian
- ☐ Educational Surrogate

| | |
| --- | --- |
| | Ivy LaFoe |

| Address | |
| --- | --- |
| City / State / Zip | Crawfordsville, IN 47933 |
| County | Montgomery |
| Telephone | Home |
| | Work |
| State Test Number (STN) | 624304140 |

| Language and Communications | | |
| --- | --- | --- |
| Primary Language | Student | English |
| | Parent | English |
| Mode of communication: written, verbal and/or auditory | Student | All Modes |
| | Parent | All Modes |

| | |
| --- | --- |
| Date Of Conference | 11/17/2008 |
| Re-evaluation Due Date on | 9/16/2011 |

| | |
| --- | --- |
| Student Identification Number | |
| Date of Birth | |
| Age (Yr/Mo) | 13/11 |
| Sex | M |
| Grade | 7/8 |

| Legal Guardian | | | |
| --- | --- | --- | --- |
| 01 - Biological Parents | ☐ | 08 - Family Children's Services: | ☐ |
| 02 - Biological Mother | ☑ | | |
| 03 - Biological Father | ☐ | 09 - Court (Specify) | ☐ |
| 04 - Adoptive Parents | ☐ | | |
| 06 - Adoptive Mother | ☐ | 10 - Other (Specify) | ☐ |
| 07 - Adoptive Father | ☐ | | |

| Ethnic Background (check one) | | | |
| --- | --- | --- | --- |
| A - American Indian | ☐ | D - African American | ☐ |
| B - Asian or Pacific Island | ☐ | E - white (Non-Hispanic) | ☐ |
| C - Hispanic | ☐ | F - Multiracial | ☐ |

MPS-SpecEd 1996, updated version 2000

MPS-SpecEd /IEP-01

# LaFoe, Nehemiah Nolan Gene

Date Written: 11/17/2008

| Part II.  Present Levels of Performance |
| --- |

**A**

Specify strengths and challenges: areas addressed must include, as appropriate, cognitive abilities, academic skills, vocational skills, communication skills, motor skills, social and emotional behavior, adaptive skills (including any independent evaluation results), how disability affects educational performance in general curriculum.

11/17/08 – Nemo's Transition Plan, pages 4,5,6, and 7 will be adjusted and revised to meet new Article VII requirements.  The Transition IEP Revision Document will be provided to the parent as an Addendum to the current IEP.  Following is the list of Transition assessments completed by Nemo: Employment ("Satisfactions" You Need), Education (Personal and Professional Goals Worksheet), Independent Living (Student Transition Planning Interview), Self-Advocacy (Self-Determination/Self-Advocacy Checklist), Leisure and Recreation (Interest Inventory), Community (Student Transition Planning Interview and Self-Determination/Self-Advocacy Checklist)

1. Current Evaluation, including any independent evaluation results (cognitive, academic, communication, motor, social/emotional behavior, adaptive, other):

WJ Reading Battery August 2007
Letter word identification:  3.2
Passage Comprehension:  3.2
Word attack:  2.3
Reading vocabulary:  2.6
Reading fluency:  3.9
Total Reading:  3.1
Basic Reading skills:  2.9
Reading comprehension:  2.9

The above scores do not reflect Nemo's grades.
Current grades from midterm:
Spanish D
Math B-
Corr Rdg/LA A
Social Studies A
Science D
PE A

There are no communication, motor, social/emotional, or adaptive concerns at this time.

2. General education curriculum proficiencies (academic, social, behavioral, physical):

3. How Disability or present levels affect involvement and progress in gen. ed. curriculum (academically, socially, extra curricular and non-academics, behaviorally and physically): Nemo is below in reading.  He achieves well in class, even with his disability.
Academically, Nemo is below in reading.

**B**

Other Information: Medical, Parent Input / Student Input

Medical: none at this time

Parent: He likes math this year and social studies.

Student: Classes are okay. I don't really like school. I like P.E.

Teacher: Ms. Dickerson, science: Grade was lower due to absences. He can do the work and get an A+ on a science tool quiz. Nemo is pleasant in class, has a good sense of humor. He tries and pays attention. He gets along well with his peers. He seems like a typical boy that will talk when allowed. He needs to make sure make up work is done.

# LaFoe, Nehemiah Nolan Gene

Date Written: 11/17/2008

## Part III. Needs

**A** Based on the present levels of performance, state NEEDS which require special education and related services. These NEEDS should be written our as individual ANNUAL GOALS. For example, if there are 4 NEEDS written here, there will be a minimum of 4 ANNUAL GOALS written into the IEP.

Education: Reading

## Part IV. Eligibility

Based on the evaluation data presented, the Case Conference Committee determines that:

☐ The student is not eligible for special education as defined in Indiana Article 7.

**Note:** If not eligible, refer student to the local Section 504 Coordinator ?   ☐ Yes   ☐ No

☑ The student is eligible for special education as defined in Indiana Article 7 under the following disability category(ies).

**Note:** Eligibility is not based on a single test, procedure, or criterion, but is determined by looking at the Multidisciplinary Team's entire evaluation which has tested all areas of suspected disability for the student.

1=PRIMARY DISABILITY (Only ONE may be identified) 2=Secondary Disability(ies)

| | | | |
|---|---|---|---|
| Autism Spectrum | 1 | Learning Disability: * | |
| Communication Disorder | | Mental Disability: | |
| Dual Sensory | | Mild | |
| Emotional Disability | | Moderate | |
| Hearing Impairment | | Severe | |

| | |
|---|---|
| Multiple Disability * | |
| Orthopedic Impairment | |
| Other Health Impairment | |
| Traumatic Brain Injury | |
| Visual Impairment ** | |

| |
|---|
| Developmental Disability Ages 3-5 |

* Must include a copy of the WRITTEN REPORT from the Multidisciplinary Team.

** Functional Literacy Assessment must be included.

## If Manifestation Determination Review

☐ Yes, a relationship between alleged misconduct and the student's disability exist.

☐ NO, a relationship between the alleged misconduct and the student's disability does not exist.

☑ Not applicable

MPS-SpecEd 1996, updated version 2.00

MPS-SpecEd /IEP-03

# LaFoe, Nehemiah Nolan Gene

Date Written: 11/17/2008

## Part V. Transition / On-Going Adult Service

**Note:** *The student shall be invited to any conference where transition services are discussed. If the student does not participate, there must be documentation describing steps taken to ensure the student's interest and preferences were considered. A representative of any other agency likely to be responsible for providing or paying for transition services shall be invited to any conference where transition services are discussed. If an agency invited to send a representative does not do so, there must be documentation describing steps taken to obtain the participation of the other agency(ies).*

**1** To be determined at the Annual Case Review (ACR) conducted prior to the school year in which nondisabled students of the same chronological age begin to earn credits toward high school graduation or earlier, if deemed necessary by case conference committee. This generally means the student's eighth (8th) year.

| | Credit / Diploma Generating Program | Non-Credit / Certificate of Completion Program | Credit / Non-Credit / Certificate of Completion Program |
|---|---|---|---|
| X | | | |

**2** Student is likely to need on-going services: ☐ Yes  ☐ No

If Yes, the following must be completed:

(1) Available Adult Services Materials were presented in writing:  Date _____

(2) Parental consent obtained to transfer information to V.R.S.:  Date _____

(3) The information transferred to V.R.S. included the student's:  Date _____

Date _____

| Name | |
|---|---|
| Address | |
| County of Legal Residence | |
| Current Evaluation | |
| CCS / ITP / IEP | |

| Date of Birth | |
|---|---|
| Social Security Number | |
| Identified Disability(ies) | |
| Other: | |

(4) Parent Signature(s) _____

| 2014 | Projected Final Year |
|---|---|

**3** The invitation sent to V.R.S. Counselor to attend the Annual Case Review in the year prior to the student's projected final year of school included the student's name, address, age, and identified disability(ies).

Sent by _____    Date _____

MHS-SpecEd 1996, updated version 2000

MHS-SpecEd /IEP-04

# Part V. Transition / Ongoing Adult Service...cont.

## LaFoe, Nehemiah Nolan Gene

Date Written: 11/17/2008

Date plan developed: 11/17/2008

Review Dates:

### Present Level Strength

Based on current transition assessments, Nemo prefers working with his hands, math class, working on cars and trucks

### Present Level Needs

Reading comprehension

### Individual Student Interest

Based on current transition assessments, Nemo is interested in cars and being a mechanic. He enjoys riding his bike in his spare time.

### Statement of needed transition servic

Nemo will continue to complete all class requirements to insure his advancement to the high school
Nemo will continue to look into career opportunities through individual classwork.
Nemo will take a variety of elective courses at the middle school level to investigate and establish his area of interest.

### Desired post-school outcomes

Education/Training: I (Nemo) would like to go to Lincoln Tech.
Career: I (Nemo) would like to get a job as an auto mechanic.
Independent Living: I (Nemo) would like to live on my own and be independent.

MPS-SpecEd 1996, updated version 2000

MPS-SpecEd /IEP-05

# Part V. Transition / Ongoing Adult Service...cont.

LaFoe, Nehemiah Nolan Gene

Date Written: 11/17/2008

Areas to be addressed [Check applicable area(s)]

| Adult / Continuing Education | X | Employment (Integrated, Support, etc.) | X | Adult Services | | Independent Living | |
|---|---|---|---|---|---|---|---|
| Post-Secondary Education | X | Community Participation | X | Vocational Training | X | Others: | |

Coordinated, sequential set of activities based on student's needs, including related services:

| Instruction * | Nemo will continue course reqirements at Turtle Middle School.<br><br>Nemo will be on a diploma track completing appropiate course work earning 43 credits for graduation. |
|---|---|
| Community Experiences * | Nemo will make college visits, 1 in his junior year and 2 in his senior year.<br><br>When age appropriate, Nemo will pursue a driver's license.<br><br>At 18, Nemo will register to vote and register for selective service. |
| The development of employment and other post-school adult-living objectives. * | Nemo will continue to investigate career opportunities and obtain a part time job while in high school.<br><br>Nemo will work with school counselors to become informed about the PSAT, SAT, and ACT.<br><br>Nemo will utilize the library to review information to assist with post secondary selection. |
| If appropriate, acquisition of daily living skills and functional vocational evaluation. | Based on independent living assessment and parent/teacher interviews, Nemo is grade level appropriate at this time. There is no need forsuppoirt in independent living. |

*If the Case Conference Committee determines that services are not, or are no longer necessary, this decision must be stated, with the basis upon which the determination was made.

| Measurement of Assessment  [Evaluation Procedure(s)] | Exit Criteria | Individuals and/or Agancies Responsible for Implementing Activities and/or |
|---|---|---|
| ISTEP/GQE<br>Parent/teacher interviews<br>Progress on goals and objectives<br>Work samples | Diploma, based on results of the GQE/waiver | student<br>parent<br>guidance counselor<br>educational staff |

# Part VI. Goals and Objectives

**LaFoe, Nehemiah Nolan Gene**

Date Written: 11/17/2008

| Identified Need/ Present Level of Educational Performance | Education:  Reading-Nemo is below grade level in reading |
|---|---|
| **Annual Measurable Goal** | Nehemiah will increase his reading comprehension and decoding skills to 6th grade level with 75% accuracy by Sept 2008. |
| **Location** | classroom/resource room | **How Parents Are Notified:** | report card, progress report |

**Goal Progress Report**

**Schedule Review**
- ○ Six Weeks
- ● Nine Weeks
- ○ Other (See Below)

| Date | Progress Made | Explain |
|---|---|---|
| 10/12/2007 | ☑ Yes  ☐ No | |
| 12/21/2007 | ☑ Yes  ☐ No | |
| 3/14/2008 | ☑ Yes  ☐ No | |
| 5/28/2008 | ☑ Yes  ☐ No | |
| 10/17/2008 | ☑ Yes  ☐ No | |
| | ☐ Yes  ☐ No | |

| Measurable, Short-term Instructional Objective/Benchmark | | |
|---|---|---|
| Clarify an understanding of texts by creating outlines, notes, diagrams, summaries, or reports with 75% accuracy by September 2008.  6.2.4 | Persons Responsible | Ed. Staff, Parent, Student |
| | Procedures of Evaluation | A, B |
| Anticipated Date of Initiation  10/11/2007  Anticipated Duration  9/16/2008 | | |

| Measurable, Short-term Instructional Objective/Benchmark 2 | | |
|---|---|---|
| Identify different types (genres) of fiction and describe the major characteristics of each form.  6.3.1 | Persons Responsible | Ed. Staff, Parent, Student |
| | Procedures of Evaluation | A, B, C |
| Anticipated Date of Initiation  10/11/2007  Anticipated Duration  9/16/2008 | | |

| Measurable, Short-term Instructional Objective/Benchmark 3 | | |
|---|---|---|
| | Persons Responsible | |
| | Procedures of Evaluation | |
| Anticipated Date of Initiation  Anticipated Duration | | |

| Measurable, Short-term Instructional Objective/Benchmark 4 | | |
|---|---|---|
| | Persons Responsible | |
| | Procedures of Evaluation | |
| Anticipated Date of Initiation  Anticipated Duration | | |

| Procedure of Evaluation | A.) Teacher Observation,  B.)Written Performance,  C.) Oral Performance,  D.) Criterion Referenced Test,  E.) Pre-test, Post-F.) Time Sample,  G.) Other (Specify): |
|---|---|
| Schedule of Progress Review Other | |

## INDIANA TRANSITION REQUIREMENTS CHECKLIST (Performance Indicator 13)

| STN #: | 624304140 | Reviewer: | N. Adams |
|---|---|---|---|
| Corp #: | 5855 | Date: | 11-17-08 |

**Please see attached 'Instructions: Indiana Transition Requirements Checklist' for additional guidance.**

| QUESTIONS | POSTSECONDARY GOALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Education/ Training | | Employment | | | Independent Living | | | |
| **1. Are there measurable postsecondary goals in these areas?**  Can the goal(s) be counted? Will the goal(s) occur *after* the student graduates from school?  • If yes to both, then circle Y  • If a postsecondary goal(s) is not stated, circle N | (Y) | N | (Y) | N | | Y | N | (NA) | |
| **2. Is there evidence that the measurable postsecondary goals were based on an age appropriate transition assessment?**  Is the use of a transition assessment(s) for the postsecondary goal(s) mentioned in the Transition IEP or evident in the student's file?  If yes, then circle Y | (Y) | N | (Y) | N | | Y | N | (NA) | |
| **3. Is there documentation regarding whether the student will pursue a high school diploma or certificate of completion?**  Is the discussion documented in the Transition IEP or evident in the student's file? If yes, then circle Y. | (Y) | N | | | | | | | |
| **4. Is (are) there annual Transition IEP goal(s) that reasonably enable the student to meet the postsecondary goal(s)?**  Is (are) an annual goal(s) included in the Transition IEP that will help the student make progress towards the stated postsecondary goal(s)? If yes, then circle Y | (Y) | N | (Y) | N | | Y | N | (NA) | |
| **5. Are there transition services in the Transition IEP that focus on improving the academic and functional achievement of the student to facilitate their movement from school to post-school?**  Is a type of *instruction, related service, community experience, development of employment and other post-school adult living objectives, and if appropriate, acquisition of daily living skills, and provision of a functional vocational evaluation* listed in association with meeting the post-secondary goal(s)? If yes, then circle Y | (Y) | N | NA | (Y) | N | NA | Y | N | (NA) |
| **6. For transition services that are likely to be provided or paid for by other agencies with parent (or student once the age of majority is reached) consent, is there evidence that representatives of the agency(ies) were invited to the Transition IEP meeting?**  For the current year, is there evidence in the Transition IEP that representatives of any of the following agencies/services were invited to participate in the Transition IEP development: *postsecondary education, vocational education, integrated employment (including supported employment), continuing and adult education, adult services, independent living or community participation* for this post-secondary goal? Was consent obtained from the parent (or student, for a student of the age of majority)?  • If yes to both, then circle Y  • If it is too early to determine if the student will need outside agency involvement, or no agency is likely to provide or pay for transition services, circle NA  • If parent or individual student consent (when appropriate) was not provided, circle NA  If *no* invitation is evident and a participating agency is likely to be responsible for providing or paying for transition services and there was consent to invite them to the Transition IEP meeting, then circle N | Y | N | (NA) | Y | N | (NA) | Y | N | (NA) |
| **7. Do the transition services include a course of study that focuses on improving the academic and functional achievement of the student to facilitate their movement from school to post-school?**  Do the transition services include courses of study that align with the student's postsecondary goals? If yes, then circle Y | (Y) | N | (Y) | N | | Y | N | (NA) | |
| **8. Does the Transition IEP meet the requirements of Indicator 13?**  If all Ys or NAs for each postsecondary goal included in the Transition IEP are circled, then circle Yes  If one or more Ns are circled, then circle No | (Y) | N | | | | | | | |

Adapted from the National Secondary Transition Technical Assistance Center (NSTTAC)

**WEST CENTRAL INDIANA SPECIAL SERVICES COOPERATIVE**

305 E. Chestnut Street, Crawfordsville, Indiana 47933   (765) 362-4022   FAX (765) 364-3243

*Mission Statement*
The caring professionals of the West Central Indiana Special Services Cooperative
are dedicated to the educational growth of all students as unique learners, striving to be resourceful
and collaborative problem solvers in partnership with our member school communities.

**SPECIAL SERVICES OFFICE**
Tom Barth, Director
Brenda Barton, Secretary, CODA
Peggy Jackman, Secretary, Receptionist

*PARTICIPATING CORPORATIONS*
Attica Consolidated School Corporation
Covington Community School Corporation
Crawfordsville Community Schools
MSD of Warren County
North Montgomery Community Schools
North Vermillion Community Schools
Southeast Fountain School Corporation
South Montgomery Community Schools
Turkey Run Community Schools

## TRANSITION IEP REVISION AGREEMENT

**Parent/Guardian:** *Any Ranfee*          **Date:** *Nov 11, 2008*

**Student:** *Nehemiah Ranfee*          **School:** *Tuttle Middle School*

Due to changes in Special Education law, Article VII, your child's school will be revising the Transition Information in the current Individual Education Plan. Your child will be completing transition assessments in the areas of Education and Training, Independent Living, Recreation and Leisure, Preferences and Interests, Vocational and Career, and Personal Life- Self Advocacy. Theses assessments will help provide information to the school as to what coordinated measurable, annual IEP goals and transition services are needed to help your child meet post-secondary goals. A case conference is not required in order to update this information. (addendum to IEP)

Once these updates have been completed, you will be provided a copy of this information by mail.

Should you have any questions please feel free to contact me at school.

Your cooperation regarding this matter is appreciated.

Sincerely,

*Darlene Ritzline*
Darlene Ritzline
Teacher of Record

## West Central Indiana Special Services Cooperative
### Student Information Summary Sheet

| Move In ☐ | Initial ☐ | 12 Month ☐ | IEP Review ☐ | MD ☐ | Change ☐ | Exit ☑ | Projected Placement |

**Student Test Number**   **624304140**

| Conference Date | **11/17/2008** | 3 Year Re-Val Date | **9/16/2011** | SSN |

| Last Name | **LaFoe, Nehemiah Nolan Gene** | First Name | | Middle Name |

| Sex (M/F) | **M** | Birthdate: (MM/DD/YY) | | Grade | **7/8** | Ethnic |

Ethnic:
- A-American Indian / Native American
- B-Asian or Pacific Islander
- C-Hispanic
- D-Black American
- E-Caucasian
- F-Multi Racial

Home School   **Tuttle Middle School**

Home School Corp   **Crawfordsville Schools**

Parent Name   **Ivy LaFoe**

Parent Address           City **Crawfordsville, IN  47933**           Zip

Home Phone           Eligible ☑           Custody Status   **02**

Placement School   **Tuttle Middle School**           Private School:

Custody Status:
- 01 - Natural Parents
- 02 - Maternal Parent
- 03 - Paternal Parent
- 04 - Ward of Court
- 05 - Ward of DMH
- 06 - Ward of DPW
- 07 - Nursing Home
- 08 - Foster Parents
- 09 - Other

Local Program Level   **03**           Extended School Year (Y/N) ☐

- 01 Infant Education (0 through 2 years)
- 02 Early Childhood Program (ages 3-4 including 5A)
- 03 Elementary Program (Includes 5B)
- 04 Secondary Program
- 05 Not Applicable (School Age Only)

Discipline
- ☐ Suspended for more than 10 day
- ☐ Multiple

Percent Mainstreamed   **100**   Teacher Of Record   **D. Ritzline**           Teacher Of Service           **D. Ritzline**

| Program Area | **07** | Program Area | Program Type (LRE) - School Age: |

Program Area (first column):
- 01 Multiple Handicap
- 02 Orthopedic Impairment
- 03 Visual Impairment
- 04 Hearing Impairment
- 05 Emotional Handicap - FT
- 06 Emotional Handicap - Other
- 07 Learning Disability
- 08 Developmental Delay (3-5A ONLY)
- 09 Communication Disorder
- 10 Mild Mental Handicap
- 11 Moderate Mental Handicap
- 12 Severe Mental Handicap
- 13 Homebound/Hospital
- 14 Dual Sensory Impairment
- 15 Autism
- 16 Traumatic Brain Injury
- 17 Other Health Impaired
- 18 Interpreter (Hearing Impaired)
- 19 Adaptive Physical Education
- 20 Audiology

Program Area (second column):
- 21 Occupational Therapy
- 22 Physical Therapy
- 23 Psychological Services
- 24 Recreational Therapy - SP ED
- 25 School Social Work-SP ED
- 26 Vocational Education-SP ED
- 27 Assistive Technology Devices
- 28 Counselor - SP ED
- 29 Rehabilitation Counseling
- 30 Special School Health Services
- 31 Work Study (Instruction and Coordination)
- 32 Intervener (Dual Sensory Impairment)
- 33 Other Diagnostic Staff
- 34 Medical Services for Evaluation
- 35 SpecialTransportation
- 36 Parent Counseling and Training
- 37 Other Related/Supportive Services
- 38 Director
- 39 Job Coach
- 40 Behavioral Therapist
- 41 Supervisor
- 42 Other Non-Instructional
- 43 Orientation and Mobility
- 44 Early Intervention

Program Type (LRE) - School Age:
- 50 Regular Class (80% or more)
- 51 Resource Room (40 to 79%)
- 52 Separate Class (less than 40%)
- 53 Separate day school facility
- 54 Residential Facility
- 55 Correctional Facility
- 56 Parentally placed in private school
- 57 Homebound/Hospital

Program Type (LRE) - Preschool:
- 30 Regular Early Childhood (80% or more)
- 31 Regular Early Childhood between 40% to 79% of time.
- 32 Regular Early Childhood between less than 40% of time.
- 33 Separate class
- 34 Separate school
- 35 Residential facility
- 36 Service provider location
- 37 Home

Termination Code           Termination Date   **4/13/2009**   Dismissed From Speech Services
                                                          Date                                                          Date

- A - Return to regular education - no IEP in effect
- B - Graduated with diploma
- C - Graduated with certificate, fulfill IEP, received GED
- D - Reached maximum age
- E - Deceased
- F - Student moved out of district, known to continue →   **Home-School**
- G - Dropped out

Student Returning From

RECEIVED 4-22-09

Revised 9/4/2005